DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN FRITZ,**
Appellant,

v.

**TOWER HILL SIGNATURE INSURANCE COMPANY,**
Appellee.

No. 4D2024-0787

[January 28, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19010393.

David A. Neblett, James M. Mahaffey, III, and John A. Wynn of Neblett Law Group, Miami, for appellant.

Todd L. Wallen of Wallen Kelley, Coral Gables, for appellee.

SHEPHERD, J.

Appellant challenges the trial court's entry of final judgment in favor of appellee. We affirm the final judgment, except that we do not reach the issue of the trial court's award of attorney's fees to appellee. Because we lack jurisdiction to consider a trial court's award of attorney's fees as a sanction without a determination by the trial court of the amount of fees, we dismiss that portion of the appeal. *See Dania Beach Boat Club Condo. Ass'n, Inc. v. Forcier*, 290 So. 3d 99, 102 (Fla. 4th DCA 2020) ("A finding of entitlement to attorney's fees without a determination of the amount of fees is not appealable."); *see also Mark v. Watler*, 379 So. 3d 1190, 1190 (Fla. 4th DCA 2024) ("We dismiss without prejudice the portion of the order awarding attorney's fees as a sanction as premature.").

*Affirmed in part; dismissed in part.*

GROSS and FORST, JJ., concur.

\*      \*      \*

*Not final until disposition of timely-filed motion for rehearing.*